FILED
2013 JUN 10 P 4:01
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES F. CARRADINE, JR.,               :   Case No.   03-22025 TPA
KIMBERLY M. CARRADINE,                 :   Chapter 13
        *Debtor(s)*                          :   Related to Document No.  51

## ORDER

AND NOW, this _____ day of **June, 2013,** the Clerk having prematurely issued

a Final Decree to close this Bankruptcy Estate,

It is hereby ***ORDERED, ADJUDGED and DECREED***  that

(1)    This case is transferred to the Honorable Thomas P. Agresti, Chief United

States Bankruptcy Judge.

(2)    The *Final Decree* dated December 17, 2008  at Document No. 51, is

*VACATED* and the case is ***REOPENED.***

(3)    The Court waives the requirement for the filing a Motion to Reopen a closed

bankruptcy case  to administer the *Amended Motion to Pay Unclaimed Funds* filed by RSB Citizens,

N.A. *("Amended Motion"),*  at Document No. 62,  for this case only.

(4)    Upon completion of the  *Amended Motion* proceedings, the  Chapter 13

Trustee's Certification of Completion of the Chapter 13 Plan and Final Accounting at Document No.

57, is approved and the Clerk is directed to immediately close this case.

Thomas P. Agresti
United States Bankruptcy Judge